FILED
IN THE COURT OF APPEAL
AT SAN ANTONIO, TEXAS

2015 NOV -2 PM 4: 37

*Keith E. Hottle*

KEITH E. HOTTLE. CLERK

Cause No. 2015CV07326

| | | |
|---|---|---|
| Barton Wade and Mary Wade | § | In the Fourth District |
| and all Occpants | § | |
| Appellant § | | |
| | § | |
| v. | § | Court of Appeals |
| | § | |
| SABR MORTGAGE LOAN | § | |
| 2008 - 1 REO SUBSIDIARY LLC | § | |
| Appellee | § | San Antonio, Texas |

## Appellant's Motion for Extension of Time to File Notice of Appeal

Appellant, Barton Wade files this Motion for Extension of Time to File Notice of Appeal pursuant to Tex. R. App. P. 26.3 and would respectfully show:

Appellant is appealing from a Final Judgement signed by the Bexar County Court No. 10, on 17 September, 2015, in the case styled SABR MORTGAGE LOAN 2008-1 REO SUBSIDIARY - LLC v. Barton Wade and Mary Wade and All Occupants, 7530 Buckboard, Cause No. 2015CV03726. The deadline to file the Notice of Appeal was 18 October, 2015. The Notice of Appeal is filed in the trial court on 2 November, 2015. Appellant seeks an extension of time until 02 November, 2015 to file the Notice of Appeal.

This extension of time is necessary because, as a result of family and health issues, namely caring for my elderly mother, her health issues, as well as my own

health issues and being difficult to find proper care through the VA Health system, for myself, I have found it extremely difficult, at best, to devote the time needed to research and prepare for an Appeal. To that end I was not certain I would be able to file for an Appeal, because of these issues (I would not have if I could not devote the time needed to prepare). However, I have recently been able to find permanent help for the family issues and am confidant my health issues will be resloved shortly. This extension of time is not sought for the purposes of delay, but

so that justice may be done.

For these reasons, Appellant respectfully requests that the Court grant this motion and extend the deadline to file the Notice of Appeal until 02 November, 2015. Appellant also requests all other relief to which Appellant is justly entitled.

Respectfully submitted,

By:_____
Barton Wade
7530 Buckboard
San Antonio, Texas, 78227

## Verification

| STATE OF TEXAS | § |
| | § |
| COUNTY OF BEXAR | § |

BEFORE ME, the undersigned notary public, on this day personally appeared Barton Wade, who, being duly sworn, stated that he has read this motion and that the statements therein are within his personal knowledge and are true and correct.

_Barton Wade_
Barton Wade

SUBSCRIBED AND SWORN TO BEFORE ME this the 2nd day of Nov. , 2015.

K. GARCIA
Notary Public, State of Texas
My Commission Expires
June 16, 2017

Notary Public in and for the State of Texas

## Certificate of Conference

I certify that I conferred with counsel for Appellee regarding this motion and that Appellee is opposed to this motion.

_Barton Wade_
Barton Wade



R. GARCIA
Notary Public, State of Texas
My Commission Exp.
June 19, 2017

## Certificate of Service

I certify that on 2 November, 2015, I Emailed and Faxed a copy of this

motion to the following counsel:

Israel Saucedo
Parkway Office Center, Suite 900
14160 N. Dallas Parkway
Dallas, Texas 75254
Phone 214 635 2650
Fax     214 635 2686
*Counsel for Appellee*

_____
Barton Wade